RYAN S. PETERSEN, ESQ.
Nevada Bar No. 010715
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 010208
**WILEY PETERSEN**
10000 W Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
rpetersen@wileypetersenlaw.com
hrosenthal@wileypetersenlaw.com

*Former Attorneys for Defendants/Third-Party Plaintiffs,
Hampton Apartments, Inc.; Anza Management Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| 1st SECURITY SERVICES OF NEVADA CORP,<br><br>Plaintiff,<br><br>vs.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:23-cv-01772-CDS-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

WILEY PETERSEN hereby requests that the following attorneys be removed from the CM/ECF service list as they are no longer associated with this matter:

- Harold J. Rosenthal, Esq.

- Ryan S. Petersen, Esq.

Dated this 30th day of November 2023.

**WILEY PETERSEN**

 */s/ Harold J. Rosenthal*
_____
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 010715
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 010208
10000 W Charleston Blvd., Suite 230
Las Vegas, Nevada 89135

*Former Attorneys for Defendants/Third-Party Plaintiffs,
Hampton Apartments, Inc.; Anza Management Company*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ___12-1-2023_____

1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of WILEY PETERSEN, and that on the 30th day of November 2023, I caused to be served a true and correct copy of **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** in following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-1 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*/s/ Chastity Dugenia*
———————————————
An Employee of WILEY PETERSEN