BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
LANDON LITTLEFIELD, ESQ.
Nevada Bar No. 15268
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax: (702) 997-5000
E-Mail: ben@thefiercefirm.com
E-Mail: riley@thefiercefirm.com
E-Mail: ian@thefiercefirm.com
E-Mail: landon@thefiercefirm.com
*Attorneys for LaCresha Smith, as Special Administrator of the Estate of Michael Mosley, individually, and as parent and guardian of M.M., a minor*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1st SECURITY SERVICES OF NEVADA CORP, <br><br> Plaintiff, <br><br> vs. <br><br> MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:23-CV-01772-CDS-VCF <br><br> **CLOWARD TRIAL LAWYERS' MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

CLOWARD TRIAL LAWYERS hereby requests that the following attorneys be removed from the CM/ECF service list as they have never at any point in time been associated with this matter, which was initiated by James E. Whitmire, Esq. of Whitmire Law, PLLC in the District Court of Clark County as Case No. A-23-880081-C:

      Benjamin P. Cloward, Esq.

1    Ian C. Estrada, Esq.

2    Landon Littlefield, Esq.

3    Riley A. Clayton, Esq.

4    CLOWARD TRIAL LAWYERS does not and has never represented any parties pertaining to District Court Case No. A-23-880081-C, which was removed to this Court on October 31, 2023, and initiated as Case No. 2:23-cv-01772-MMD-VCF.

> Electronically Filed
> 10/20/2023 3:35 PM
> Steven D. Grierson
> CLERK OF THE COURT
>
> COMP
> JAMES E. WHITMIRE, ESQ.
> Nevada State Bar No. 6533
> **WHITMIRE LAW, PLLC**
> 10161 Park Run Drive, Ste. 150
> Las Vegas, Nevada 89145
> Tel.: (702) 846-0949 / Fax: (702) 727-1343
> jwhitmire@whitmirelawnv.com
> *Attorneys for Plaintiff*
>
> CASE NO: A-23-880081-C
> Department 9
>
> **DISTRICT COURT**
>
> **CLARK COUNTY, NEVADA**
>
> | 1ST SECURITY SERVICES OF NEVADA CORP., | Case No. |
> |---|---|
> | Plaintiff, | Dept. No. |
> | v. | **COMPLAINT** |
> | MESA INSURANCE COMPANY, | Exempt from Arbitration – Declaratory Relief Requested |
> | Defendant. | |

DATED THIS 1st day of December, 2023.

                                                            **CLOWARD TRIAL LAWYERS**
                                                            /s/ *Riley A. Clayton*
                                                            BENJAMIN P. CLOWARD, ESQ.
                                                           Nevada Bar No. 11087
                                                           RILEY A. CLAYTON, ESQ.

IT IS SO ORDERED.

*(signature)*

_____
Cam Ferenbach
United States Magistrate Judge

    12-8-2023
DATED _____

**CLOWARD TRIAL LAWYERS**
/s/ *Riley A. Clayton*
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
LANDON LITTLEFIELD, ESQ.
Nevada Bar No. 15268
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorneys for LaCresha Smith, as Special Administrator of the Estate of Michael Mosley, individually, and as parent and guardian of M.M., a minor*

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P 5(b), I hereby certify that on this 1st day of December, 2023, I served a copy of the foregoing **CLOWARD TRIAL LAWYERS' MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** as follows:

■ Electronic Service — By electronic means upon all eligible electronic recipients via the U.S. District Court, District of Nevada's E-filing and service protocols to the following recipients:

| Amy M. Samberg, Esq.<br>Amy.samberg@clydeco.us<br>Casey G. Perkins, Esq.<br>Casery.perkins@clydeco.us<br>**CLYDE & CO US LLP**<br>7251 W. Lake Mead Blvd., Suite 430<br>Las Vegas, NV 89128<br>Phone:  725.248.2900<br>Fax:  725.248.2907<br>*Attorneys for Plaintiff,*<br>*Mesa Underwrites Specialty Insurance Co.* | James E. Whitmire, Esq.<br>**WHITMIRE LAW, PLLC**<br>10160 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>Phone:  702.846.0949<br>Fax:  702.727.1343<br>E-mail:  jwhitmire@whitmirelawnv.com<br>*Attorneys for Defendant,*<br>*1st Security Services of Nevada Corp..* |

/s/ *Catherine Barnhill*
An employee of Cloward Trial Lawyers