JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@whitmirelawnv.com
WHITMIRE LAW, PLLC
10785 West Twain, Suite 226
Las Vegas, Nevada 89135
Telephone:     702/846-0948
Facsimile:      702/727-1343
*Attorney for Plaintiff 1st Security Services of Nevada Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1st SECURITY SERVICES OF NEVADA CORP,<br><br>Plaintiff<br>vs.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:23-cv-01772-CDS-VCF<br>Related Case No.: 2:23-cv-01058-CDS-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE REPLY TO RESPONSE TO MOTION TO REMAND**<br><br>(First Request) |

The parties, by and through their counsel of record, hereby submit this Stipulation and Order Extending Time for Plaintiff to File Reply to Response to Motion to Remand.

1. Defendant filed a Notice of Removal on October 31, 2023.

2. Defendant filed a Motion to Dismiss (ECF No. 9) on November 16, 2023.

3. Plaintiff filed its Motion to Remand on November 29, 2023 (ECF No. 15).

4. Defendants filed its Response to Motion to Remand on December 12, 2023 (ECF No. 25).

5. The parties agree that Plaintiff shall have up to December 27, 2023 to file a Reply to the Response to Motion to Remand. This is an eight (8) day extension of time.

6. This stipulation is being submitted for good cause and not for the purposes of delay in light of workload of counsel.

**IT IS SO AGREED AND STIPULATED:**

Dated this 19th day of December, 2023.   Dated this 19th day of December, 2023.

**WHITMIRE LAW, PLLC**   **CLYDE & CO US LLP**

/s/ *James E. Whitmire*
JAMES E. WHITMIRE, ESQ. (6533)
10785 West Twain, Suite 226
Las Vegas, Nevada 89135
*Attorney for Plaintiff*

/s/ *Casey G. Perkins*
CASEY G. PERKINS, ESQ. (12063)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128
*Attorney for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2023