1  Amy M. Samberg (NV Bar No. 10212)
   amy.samberg@clydeco.us
2  Casey G. Perkins (NV Bar No. 12063)
   casey.perkins@clydeco.us
3  CLYDE & CO US LLP
   7251 West Lake Mead Boulevard, Suite 430
4  Las Vegas, Nevada 89128
   Telephone: 725-248-2900
5  Facsimile:725-248-2907

6  *Attorneys for Defendant Mesa*
7  *Underwriters Specialty Insurance*
   *Company*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11  1ST SECURITY SERVICES OF NEVADA          CASE NO.:  2:23-cv-01772-CDS-MDC
    CORP.,
12                    Plaintiff

13  v.                                       **AMENDED STIPULATION AND
                                             ORDER TO DISMISS WITH
14  MESA UNDERWRITERS SPECIALTY              PREJUDICE**
    INSURANCE COMPANY,
15                                           [ECF No. 43]

16                    Defendant

17

18  ///

19

20  ///

21

22  ///

23

24  ///

25

26  ///

27

28  ///

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

1   Plaintiff 1st Security Services of Nevada Corp. and defendant Mesa Underwriters

2   Specialty Insurance Company ("MUSIC") hereby stipulate and agree to dismiss this matter with

3   prejudice, with each party to bear its own fees and costs.[1]

4   Dated: July 15, 2024          CLYDE & CO US LLP

5

6                                By:   */s/ Casey G. Perkins*

7                                      Amy M. Samberg (NV Bar No. 10212)
                                       Casey G. Perkins (NV Bar No. 12063)

8                                      7251 West Lake Mead Boulevard, Suite 430
                                       Las Vegas, Nevada 89128

9
                                       *Attorneys for Mesa Underwriters Specialty*
10                                     *Insurance Company*

11  Dated: July 15, 2024          WHITMIRE LAW, PLLC

12

13                               By:   */s/ James E. Whitmire*

14                                     James E. Whitmire, Esq.
                                       10785 W. Twain, Suite 226
15                                     Las Vegas, Nevada 89135

16                                     *Attorneys for Defendant 1st Security Services of*
                                       *Nevada Corp.*

17                               **ORDER**

18

19      Based on the parties' stipulation, this matter is dismissed with prejudice, with each party

20  to bear its own fees and costs. The Clerk of Court is instructed to close this case.

21      Dated: July 16, 2024

22  _____
    UNITED STATES DISTRICT JUDGE

23

24  _____

25  [1] 1st Security and MUSIC are the only parties to this insurance coverage-related action which was
    initially filed in Nevada state court (ECF No. 1-1). The other parties reflected in the docket for
    this matter as defendants, Anza Management Company and Hampton Apartment, Inc. dba
26  Hampton Inn and Suites, and as a third-party plaintiff, Demetrus Thomas, are parties to the
    underlying wrongful death action (*see* ECF No. 1-2) giving rise to the coverage litigation and
27  should not be listed as parties in this matter. They are not parties to this action and no claims have
    been asserted by or against any of them in this case.
28

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128